# United States Court of Appeals
*For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

**TO:** Mr. Kannon K. Shanmugam

**CC:** Mr. Justin Anderson
Mr. Gurdip Singh Atwal
Ms. Kathryn M. Barber
Ms. Debra Rose Belott
Mr. Jerry Blackwell
Mr. Thomas Henry Boyd
Mr. William Anthony Burck
Mr. Patrick J. Conlon
Mr. Leigh Currie
Mr. Andrew William Davis
Mr. Matthew Kendall Edling
Mr. Matthew Hardin
Ms. Elizabeth Catherine Kramer
Mr. Oliver J. Larson
Mr. Andrew M. Luger
Mr. William Thomas Marks
Mr. Andrew Gerald McBride
Mr. Alexander Merton
Mr. Todd Noteboom
Mr. Brian David Schmalzbach
Ms. Michelle Schmit
Mr. Peter Joseph Schwingler
Mr. Victor Marc Sher
Mr. Peter N. Surdo
Mr. Eric F. Swanson
Mr. Stephen Andrew Swedlow
Mr. Daniel J. Toal
Mr. Theodore V. Wells Jr.

**FROM:** Hillary A. Grupe

**DATE:** June 24, 2021

**RE:** 21-1752 State of Minnesota v. American Petroleum Institute, et al

Your paper briefs in the above-referenced case have been received. In reviewing the briefs, we noted the deficiencies shown below.

**X** You have provided an incorrect number of copies. The court requires 10 paper copies. **The court only received 1 copy of the brief/addendum. Please provide 9 additional paper copies of the brief/addendum within 5 days from the date of this notice.**