# United States Court of Appeals
## *For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
## St. Louis, Missouri 63102

**Michael E. Gans**
*Clerk of Court*

**VOICE (314) 244-2400**
**FAX (314) 244-2780**
**www.ca8.uscourts.gov**

**TO:**     Mr. William A. Rossbach

**FROM:**     Nicole D Gillis

**DATE:**     August 30, 2021

**RE:**     21-1752  State of Minnesota v. American Petroleum Institute, et al

Your paper briefs in the above-case have been received. In reviewing the briefs, we noted the deficiencies shown below.

__X___Please file a Corrected Certificate of Service entry in CM/ECF showing service of the paper copies of your brief on counsel of record.

**CC:**     Mr. Justin Anderson
Mr. Gurdip Singh Atwal
Ms. Kathryn M. Barber
Ms. Debra Rose Belott
Mr. Jerry Blackwell
Mr. Thomas Henry Boyd
Mr. William Anthony Burck
Mr. Zachary Clopton
Mr. Patrick J. Conlon
Mr. Leigh Currie
Mr. Andrew William Davis
Mr. Matthew Kendall Edling
Ms. Alison S. Gaffney
Mr. Benjamin Gould
Mr. Matthew Hardin
Mr. Peter Huffman
Ms. Elizabeth Catherine Kramer
Mr. Oliver J. Larson
Mr. Andrew M. Luger
Mr. William Thomas Marks
Mr. Andrew Gerald McBride
Mr. Daniel P. Mensher
Mr. Alexander Merton
Mr. Scott Lawrence Nelson
Mr. Todd Noteboom
Mr. Robert S. Peck
Mr. Adam R. Pulver
Ms. Sarah M. Reyneveld

Ms. Megan Sallomi
Mr. Brian David Schmalzbach
Ms. Michelle Schmit
Mr. Peter Joseph Schwingler
Mr. Kannon K. Shanmugam
Mr. Victor Marc Sher
Mr. Peter N. Surdo
Mr. Eric F. Swanson
Mr. Stephen Andrew Swedlow
Mr. Daniel J. Toal
Mr. Theodore V. Wells Jr.