# CORRECTED CERTIFICATE OF SERVICE

I, Kannon K. Shanmugam, counsel for appellants Exxon Mobil Corporation and ExxonMobil Oil Corporation and a member of the bar of this Court, certify that, on September 9, 2021, the Reply Brief of Appellants was filed through the Court's electronic filing system. I certify that all participants in the case are registered users with the electronic filing system and that service will be accomplished by that system. I certify that, on September 13, 2021, ten copies of the Reply Brief of Appellants were served, by third-party commercial carrier for delivery overnight, on the Clerk of Court. I further certify that, on September 15, 2021, one copy of the Reply Brief of Appellants was served, by third-party commercial carrier for delivery overnight, on the following counsel:

>   Leigh Currie
>   State of Minnesota
>   Special Assistant Attorney General
>   445 Minnesota Street, Suite 1400
>   St. Paul, MN 55101

/s/ Kannon K. Shanmugam
KANNON K. SHANMUGAM

SEPTEMBER 15, 2021