# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 21-1752

State of Minnesota, by its Attorney General Keith Ellison

Appellee

v.

American Petroleum Institute, et al.

Appellants

------------------------------

Energy Policy Advocates

Amicus on Behalf of Appellant(s)

National League of Cities, et al.

Amici on Behalf of Appellee(s)

No: 21-8005

American Petroleum Institute, et al.

Petitioners

v.

State of Minnesota

Respondent

_____

Appeal from U.S. District Court for the District of Minnesota
(0:20-cv-01636-JRT)

_____

**ORDER**

The motion to stay the mandate is denied.

May 16, 2023

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
/s/ Michael E. Gans